■   RICHARD A. HICKLAND, Appellant, v JAMES W. COOPER, Respondent. —Appeal from an order of the Supreme Court at Special Term, entered June 10, 1976 in Washington County, which granted defendant's motion for summary judgment dismissing the complaint. Order affirmed, without costs, on the opinion of Gibson, J. at Special Term. Koreman, P. J., Greenblott, Sweeney, Kane and Mahoney, JJ., concur.